# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTHFIELD INSURANCE COMPANY**, | Case No. 1:19-cv-01583-AWI-SKO |
| Plaintiff, | **ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST** |
| vs. | (Doc. 17) |
| **TILTED TURTLE ENTERTAINMENT LLC**, doing business as The Tilted Turtle and **MARIANNE MAGANA**, individually and doing business as Tilted Turtle Entertainment LLC and The Tilted Turtle | |
| Defendants. | |
| _____/ | |

**ORDER**

On April 14, 2020, the parties stipulated that Plaintiff be permitted to file a Second Amended Complaint ("SAC") naming two individuals, Vanessa Miranda and Tyme Nassim, as additional defendants. (Doc. 17.) The parties stipulated that the proposed SAC attached to their stipulation be "deemed filed as of the date of" the order granting the stipulation. (*See id*. at 3.)

Although the Court approves the parties' stipulation as it relates to the filing of an amended pleading,[1] and deems the SAC timely filed for purposes of the scheduling order deadlines, for purposes of docket management, the operative pleading must be filed on the docket separately. Thus, Plaintiff must file the SAC—the Court will not deem it filed as an exhibit to the stipulation.

---

[1] As the Court approves the parties' stipulation for the filing of the SAC, (Doc. 17), Plaintiff's motion for leave to file an amended pleading, (Doc. 16), is necessarily moot and is hereby DENIED AS MOOT.

Accordingly, IT IS HEREBY ORDERED that:

1. Within two (2) business days from the date of this order, Plaintiff shall file a SAC conforming to the proposed amended complaint filed as an exhibit to the parties' stipulation, (*see* Doc. 17-1); and

2. Defendants Tilted Turtle Entertainment LLC and Marianne Magana shall file responsive pleadings within thirty (30) days after the filing of the SAC.

IT IS SO ORDERED.

Dated:   **April 16, 2020**                                         /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE