# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTHFIELD INSURANCE CO.,** <br><br> **Plaintiff** <br><br> v. <br><br> **TILTED TURTLE ENTERTAINMENT LLC, d/b/a The Tilted Turtle, et al.,** <br><br> **Defendants** | **CASE NO. 1:19-CV-1583 AWI SKO** <br><br> **ORDER REGARDING STIPULATION AND ORDER FOR THE CLERK TO ADD PARTIES** <br><br> (Doc. No. 20) |

    This is a declaratory judgment action between Plaintiff Northfield Insurance Co. ("NIC") and its insured, Tilted Turtle Entertainment, LLC ("TTE"). The active complaint is the Second Amended Complaint ("SAC").

    On July 6, 2020, stipulation was filed between NIC and two individuals who are making claims against TTE, Vanessa Miranda ("Miranda") and Tyme Nassim ("Nassim"). See Doc. No. 20. The stipulation provides for the dismissal of Miranda and Nassim without prejudice and with a waiver of costs and fees, in exchange for Miranda and Nassim agreeing to be bound by any judgment entered in this case and agreeing that any final judgment or determination shall be conclusive as to the issues raised in the SAC. See id. The stipulation also states that Miranda and Nassim agree that they cannot participate in this case as parties, but they may be called to participate as percipient witnesses. See id. The stipulation states that all notices, discovery, and legal documents in this case may be served on Miranda and Nassim through their attorney, Mark Nelson. See id. The stipulation is signed by Miranda, Nassim, their counsel Mark Nelson, and NIC's counsel Michael Cooper. See id.

After consideration, the Court will give effect to the stipulation. However, additional steps are necessary. The SAC does not identify Miranda or Nassim as defendants within the caption, although allegations within the SAC do so. Further, the Docket in this case does not reflect that Miranda or Nassim are parties in this case. It is unclear why NIC did not identify Miranda and Nassim in the caption of the SAC or ensure that the docket appropriately reflected that Miranda and Nassim were defendants in this matter. Nevertheless, so that the stipulation and the docket accurately reflect the status of Miranda and Nassim, the Court will order the Clerk to add Miranda and Nassim as parties and order that attorney Mark Nelson be identified as their attorney of record.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall add to the docket the following individuals as defendants:
   a. Vanessa Miranda
   b. Tyme Nassim;
2. The Clerk shall identify Miranda and Nassim as being represented by Attorney Mark S. Nelson of the Law Offices of Mark S. Nelson, 215 McHenry Ave., Modesto, CA 95354;
3. The July 8 stipulation between Plaintiff and Vanessa Miranda and Tyme Nassim (Doc. No. 20) is approved and adopted; and
4. Defendants Vanessa Miranda and Tyme Nassim are DISMISSED from this case without prejudice.

IT IS SO ORDERED.

Dated:  July 8, 2020                              _____
                                                  SENIOR DISTRICT JUDGE