# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TILTED TURTLE ENTERTAINMENT, LLC, et al.,<br><br>Defendants. | Case No. 1:19-cv-01583-AWI-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE**<br><br>(Doc. 25) |

**ORDER**

On August 24, 2020, the parties filed a stipulation requesting to continue the non-expert discovery deadline from September 11, 2020, to November 6, 2020, due to delays caused by the coronavirus (COVID-19) pandemic. (*See* Doc. 25.) The parties do not request to extend any other deadlines, including the November 2, 2020 expert discovery deadline,[1] the December 14, 2020 dispositive motions filing deadline, the pretrial conference date of March 24, 2021, or the trial date of May 18, 2021. (*See id.*; Doc. 13.)

For good cause shown, the Court GRANTS the parties' request. Accordingly, IT IS ORDERED that the non-expert discovery deadline is extended to November 6, 2020. All other dates and deadlines in the scheduling order, (Doc. 13), remain unchanged.

IT IS SO ORDERED.

Dated: __**August 25, 2020**__        /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that the requested extension of the non-expert discovery deadline will be later than the expert disclosures deadline, rebuttal expert disclosures deadline, and expert discovery deadline. If the parties intend to seek an extension of those deadlines or any other remaining deadlines, they must do so by separate stipulation or motion supported by good cause.