# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TILTED TURTLE ENTERTAINMENT, LLC, et al.<br><br>Defendants.<br>_____/ | Case No. 1:19-cv-1583-AWI-SKO<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

Pursuant to the stipulated request of the parties (Doc. 33), the Court hereby CONTINUES the Settlement Conference, currently set for March 11, 2021, to May 18, 2021, at 10:30 A.M. before Magistrate Judge Sheila K. Oberto.[1]  Prior to the Settlement Conference, Magistrate Judge Oberto will hold a brief, telephonic discussion ("Pre-Settlement Telephonic Conference") with counsel on May 12, 2021, at 4:00 P.M.  All other deadlines and requirements of the Order re: Settlement Conference, entered July 31, 2020 (Doc. 24), remain in place.

IT IS SO ORDERED.

Dated:  **March 1, 2021**                        /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The dates originally proposed by the parties could not be accommodated by the Court due to the press of business.